Sandy D. Baggett
P.O. Box 1069
Spokane, WA 99201
sandy@sandybaggett.com
(509) 822-9022

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 3:25-CR-00050-SLG-KFR |
| Plaintiff, | Motion to Expedite Motion for Leave to Appear Telephonically or by Video |
| v. | |
| **CHANTEL LYNN FIELDS**, | |
| Defendant. | |

Sandy D. Baggett, CJA Panel Attorney for Chantel Lynn Fields, moves to expedite the motion for an order allowing counsel to appear remotely, either by telephone or video, at the arraignment hearing set for Wednesday, August 27, 2025, at 1:00 p.m. Counsel was appointed today, August 26, 2025, and the hearing is set for tomorrow, August 27, 2025. If this motion is not expedited, the motion will be moot before the government's response is due.

Dated: August 26, 2025

s/ Sandy D. Baggett
Sandy D. Baggett, WSBA #54320
P.O. Box 1069
Spokane, WA 99201
(509) 822-9022

**Service Certificate**

I certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Charles Cody Tirpak and Seth M. Beausang.

<u>s/ Sandy D. Baggett</u>
Sandy D. Baggett, WSBA #54320
P.O. Box 1069
Spokane, WA 99201
sandy@sandybaggett.com
(509) 822-9022

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**CHANTEL LYNN FIELDS**,

Defendant.

No. 3:25-CR-00050-SLG-KFR

ORDER EXPEDITING
CONSIDERATION

For the reasons listed in the defendant's motion, Defendant Chantel Lynn Fields's Motion for Leave to Appear Telephonically is hereby accepted on an expedited basis.

IT IS SO ORDERED.

_____
Judge/Magistrate
United States District Court
District of Alaska