Sandy D. Baggett
P.O. Box 1069
Spokane, WA 99201
sandy@sandybaggett.com
(509) 822-9022

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CHANTEL LYNN FIELDS**, <br><br> Defendant. | No. 3:25-CR-00050-SLG-KFR <br><br> Motion to Continue <br><br> Request for expedited consideration <br><br> Date: November 12, 2025 <br> Time: 1:00 p.m. |

The defendant, Chantel Lynn Fields, through appointed counsel, Sandy D. Baggett, moves to continue her Bail Review Hearing currently set for November 12, 2025, at 1:00 p.m. The defendant's counsel has a scheduling conflict on November 12 with a case set for hearing in Coeur d'Alene, Idaho, at 1:30 p.m. Pacific Time. The defendant requests that her Bail Review Hearing be continued so that she can have counsel appear in person at the hearing in Anchorage. The government does not oppose this request. Both the government and defense can appear on November 18, 2025, any time 2:00 p.m. or later for the hearing.

Therefore, the defendant respectfully requests that the court grant a continuance until November 18, 2025, for her Bail Review Hearing. The defendant requests expedited consideration of this motion because of the impending hearing date.

Dated: November 9, 2025

s/ Sandy D. Baggett
Sandy D. Baggett, WSBA #54320
P.O. Box 1069
Spokane, WA 99201
(509) 822-9022

**Service Certificate**

I certify that on November 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Charles Cody Tirpak and Seth M. Beausang.

<u>s/ Sandy D. Baggett</u>
Sandy D. Baggett, WSBA #54320
P.O. Box 1069
Spokane, WA 99201
sandy@sandybaggett.com
(509) 822-9022