MICHAEL J. HEYMAN
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHANTEL LYNN FIELDS, et al.,<br><br>　　　　　Defendants. | No. 3:25-cr-00050-SLG-KFR |

**SECOND BILL OF PARTICULARS**

COMES NOW, the United States of America, by and through undersigned counsel, to file this Bill of Particulars regarding the Criminal Forfeiture Allegation in the Indictment, which seeks forfeiture property pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 28 U.S.C. § 2461(c), of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses alleged in Count 1 of the Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including a forfeiture money judgment equal

to the value of the property.

The United States hereby gives notice of the following additional description of property to be forfeited in this matter, to include the property previously identified in the Criminal Forfeiture Allegation of the Indictment and the First Bill of Particulars, and including, but not limited to, the following property:

1) **Approximately $4,505.00 in U. S. Currency seized from 3836 Spenard Road, Anchorage, Alaska, on or about August 22, 2025; of which $835.00 was seized from safe under front desk, $50.00 was seized from a cash register, and $3,620.00 was seized from safe in a room behind the front desk;**

2) **Approximately $36,830.00 in U.S. Currency seized from 10501 Treeline Court, Anchorage, Alaska, on or about August 22, 2025; of which $26,519.00 was seized from 3rd floor bedroom in bank bag; $10,000.00 was seized from 2nd floor bedroom in backpack; and $311.00 was seized from a window sill on the 3rd floor;**

3) **Glock 20 10mm SN: SWE329 with ammunition and accessories;**

4) **HS Precision 338 rifle SN: 12916;**

5) **Beretta 9mm handgun SN: B0605712 with ammunition and accessories;**

6) **Glock 29 SN: BLFG564;**

7) **Palmetto State Armory .223 PA-15 rifle SN: SCD142800;**

8) **S&W MP40 SN: HUL6442;**

9) **Glock 43X SN: BLYH839;**

10) **Silencer CO. 30 cal suppressor;**

11) **S&W Springfield .40 HE59536;**

12) **Ruger Mini 14 Rifle .223 SN: 18468098;**

13) **Mossberg 500A 12g SN: R907393;**

*U.S. v. Fields, et al.*  3:25-cr-00050-SLG-KFR
Second Bill of Particulars  Page 2 of 3
Case 3:25-cr-00050-SLG-KFR    Document 76    Filed 12/08/25    Page 2 of 3

**14)** Springfield XD45 ACP SN: US763534; and

**15)** any and all ammunition, magazines, and accessories.

The Indictment named all forfeitable property without limitation, pursuant to Fed. R. Crim. P. 32.2(a), including the foregoing assets, which are now particularly named for criminal forfeiture purposes, as may be later supplemented.

RESPECTFULLY SUBMITTED this 8th day of December 2025, at Anchorage, Alaska.

          MICHAEL J. HEYMAN
          United States Attorney

          /s/ *Seth Beausang*
          SETH BEAUSANG
          Assistant United States Attorney
          United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ *Seth Beausang*
Assistant United States Attorney

U.S. v. Fields, et al.   3:25-cr-00050-SLG-KFR
Second Bill of Particulars   Page 3 of 3
Case 3:25-cr-00050-SLG-KFR   Document 76   Filed 12/08/25   Page 3 of 3